# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-11-8022-PCT-GMS (LOA) |
| Plaintiff, | **ORDER** |
| v. | |
| Jasper Williams, | |
| Defendant. | |

Pending before the Court is United States Magistrate Judge Anderson's Report and Recommendation ("R&R") (Doc. 109) filed on June 27, 2013. The R&R recommends that the Court grant Government's Motion for Dangerousness Assessment (Doc. 100). On July 1, 2013, the Magistrate Judge entered a separate order advising the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of a party's right to appellate review of the findings of fact (Doc. 110).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and grant Government's Motion for Dangerousness Assessment. *See* 28

U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Anderson's R&R (Doc. 109) as supplemented by (Doc. 110) is **accepted**.

**IT IS FURTHER ORDERED** granting Government's Motion for Dangerousness Assessment (Doc. 100).

DATED this 25th day of July, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge

cc: USM